**Motion Denied and Order filed June 12, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00434-CV
_____

## IN THE INTEREST OF Z.Q.N., A MINOR CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2016-14463**

## O R D E R

The brief of appellant, L.M.B., was originally due February 7, 2018. When no brief was filed, on February 15, 2018 we ordered appellant to file a brief by March 9, 2018. We have since given appellant 83 additional days, until May 31, 2018, for appellant to file her brief. When we granted the most recent extension, we cautioned that no further extensions would be granted absent extraordinary circumstances. No brief has been filed.

On June 4, 2018, appellant filed a request for another extension to file her brief. Her motion does not allege any exceptional circumstances. Appellees, A.J.N. and C.N.N., oppose the motion.

We **DENY** the motion for extension. If appellant does not file a brief with this court by **June 30, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby